UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROBERT BROAD,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT U.S.A., INC., et al.,<br><br>Defendants. | **Civil Action No. 14-771 (SRC)**<br><br>**ORDER** |

**CHESLER**, District Judge

This matter came before the Court upon the motion for summary judgment filed by Defendants Home Depot U.S.A., Inc. ("Home Depot"), Brock Darby and Scott Matthews (collectively, "Defendants"). Plaintiff, Robert M. Broad ("Plaintiff" or "Broad"), has opposed the motion. The Court has considered the papers filed by the parties. For the reasons stated in the accompanying Opinion,

**IT IS** on this 30th day of June, 2016,

**ORDERED** that Defendants' motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56 [Docket No. 22], will be and hereby is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 56, summary judgment is **GRANTED** in Defendants' favor, and judgment is hereby entered for Defendants on Counts Four and Five of Plaintiff's Complaint for retaliation in violation of CEPA and NJLAD; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 56, summary judgment is **GRANTED** in Defendants' favor, and judgment is hereby entered for Defendants on the issue of punitive damages; and it is further

**ORDERED** that Defendants' motion for summary judgment will be and hereby is otherwise **DENIED**.

                _s/ Stanley R. Chesler_
                STANLEY R. CHESLER
               United States District Judge